UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No.: 18-CV-2574 |
| v. | )<br>) |
| COREY E. MEYER, individually and d/b/a LAW OFFICES OF MEYER AND BLUMENSHINE; LAW OFFICES OF MEYER AND BLUMENSHINE; and JERRY OECHSLE | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF DISMISSAL

Plaintiff LANDMARK AMERICAN INSURANCE COMPANY ("Landmark") by its attorneys, Traub Lieberman Straus & Shrewsberry, LLP, pursuant to FED. R. CIV. P. 41(a), files this Notice of Dismissal of Plaintiff's Complaint for Declaratory Judgment against Defendants COREY E MEYER, individually and d/b/a LAW OFFICIES OF MEYER AND BLUMENSHINE ("Corey Meyer"), LAW OFFICES OF MEYER AND BLUMENSHINE ("Meyer & Blumenshine") and JERRY OECHSLE in the above-referenced action, and further states as follows:

1. Defendant Corey Meyer has not been served with Plaintiff's Complaint for Declaratory Judgment and has not Answered or Appeared in this matter;

2. Defendants Meyer & Blumenshine and Jerry Oechsle, respectively, have agreed to waive service of summons, but have not Answered or Appeared in this matter;

3.     Upon agreement of Plaintiff Landmark and Defendants Meyer & Blumenshine and Jerry Oechsle (the "Parties"), the Parties executed an Acknowledgment of Tender Withdrawal whereby Meyer & Blumenshine, with the consent and approval of Jerry Oechsle, agreed to withdraw its tender of defense and coverage under a certain policy of insurance issued by Landmark to Meyer & Blumenshine for certain claims arising out of a lawsuit styled *Jerry Oechsle v. Corey E. Meyer et al.*, filed in the Circuit Court of Cook County, Illinois, as case no. 2017-L-007084.

4.     In light of Meyer & Blumenshine's withdrawal of tender for coverage, there no longer exists a justiciable controversy between the Parties to this action and Plaintiff agrees to voluntarily dismiss the Complaint for Declaratory Judgment against all Defendants, without prejudice, and with the parties to bear their own costs.

5.     There being no remaining claims or justiciable issues before the Court, this Notice of Dismissal shall terminate this litigation, without prejudice.

Dated this **30th** day of July, 2018.

Respectfully submitted,

/s/ *Jason M. Taylor*
_____
One of the Attorneys for Landmark American Insurance Company

Michael S. Knippen (6185723)
Jason M. Taylor (6293925)
Jarel T. Curvey (6320493)
TRAUB LIEBERMAN
STRAUS & SHREWSBERRY, LLP
303 W. Madison Street, Suite 1200
Chicago, Illinois 60603
312.332.3900
312.332.3908 (f)

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed on **July 30, 2018**, with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel on record.

/s/ Analy Salvatierra